

CARPATHIA HOSTING, LLC

Plaintiff,

v.  Case No.: 1:16cv462

VIGGLE REWARDS, INC.,
PERK.COM INC.,
DRAFTDAY FANTASY SPORTS
INC.

Defendants.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Carpathia Hosting LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and /or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

QTS Realty Trust, Inc.

Dated: April 20, 2016          By: _____
                               Jonathan S. Frankel
                               VSB # 40974
                               jon@zwillgen.com
                               ZwillGen PLLC
                               1900 M Street NW, Suite 250
                               Washington, DC 20036
                               Tel: (202) 296-3585
                               Fax: (202) 706-5298

                               *Counsel for Plaintiff Carpathia*
                               *Hosting LLC*